IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

DONOVAN CARNEY,

            Petitioner,

v.                                         CIVIL ACTION NO. 5:06-cv-00688

CHARLES T. FELTS,
Warden, FCI Beckley,

and

the UNITED STATES PAROLE COMMISSION,

            Respondents.

**JUDGMENT ORDER**

      Pending before the Court is Magistrate Judge Stanley's Proposed Findings and Recommendation (PF&R) [Docket 12]. By Standing Order entered on August 1, 2006, and filed in this case on September 5, 2006, this action was referred to United States Magistrate Judge Mary E. Stanley for submission of proposed findings and a recommendation. Magistrate Judge Stanley filed her PF&R on February 21, 2007 [Docket 12]. In that filing, the magistrate judge recommended that this Court deny Petitioner's Petition for a Writ of Habeus Corpus [Docket 1] and remove this matter from the Court's docket. This Court adopts Magistrate Judge Stanley's recommendation in its entirety.

      The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to

which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). In this case, pursuant to 28 U.S.C. § 636(b)(1)(B), and Rule 6(e) and 72(b) of the Federal Rules of Civil Procedure, objections to the PF&R were due by March 9, 2007. To date, no objections have been filed.

Accordingly, the Court hereby **DENIES** Petitioner's Petition for a Writ of Habeus Corpus [Docket 1] and **DIRECTS** the Clerk to remove this action from the Court's docket. The Court further **DIRECTS** the Clerk to send a copy of this Judgment Order to Magistrate Judge Stanley, counsel of record and any unrepresented party.

ENTER: November 8, 2007

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE